**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
<u>Plaintiff-Appellee,</u>

v.                                                                    No. 96-7077

ROGER DEAN FISCHER,
<u>Defendant-Appellant.</u>

Appeal from the United States District Court
for the Northern District of West Virginia, at Elkins.
Robert Earl Maxwell, District Judge.
(CR-92-68)

Submitted: August 20, 1996

Decided: November 14, 1996

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Roger Dean Fischer, Appellant Pro Se. Samuel Gerald Nazzaro, Jr.,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Roger Dean Fischer, a federal prisoner incarcerated in Maryland, filed this action in the Northern District of West Virginia, alleging that he was not given proper credit for time served. Issues regarding sentencing credit for time served are within the jurisdiction of the Bureau of Prisons, and review of such decisions should be filed pursuant to 28 U.S.C. § 2241 (1994) in the district court having jurisdiction over the place where the prisoner is incarcerated. See United States v. Wilson, 503 U.S. 329 (1992). In the interest of justice, we vacate the order of the district court, United States v. Fischer, No. CR-92-68 (N.D.W. Va. July 2, 1996), and remand with instructions to transfer the case to the appropriate district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED

2